IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

    Plaintiff,                    No. CIV S-09-1760 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                ORDER

_____/

        On October 19, 2009, plaintiff filed "objections" to the magistrate judge's order filed October 6, 2009 (Docket # 6),[1] dismissing plaintiff's complaint with leave to amend, which the court construes as a request for reconsideration of that order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

\\\\\

\\\\\

\\\\\

---

[1] Plaintiff observes in a footnote that his first name was inaccurately recorded as "Arnold" rather than "Andrew" in the case caption of this order, which was an apparent typographical error; the case caption of the concurrently filed order presented plaintiff's full name accurately in the case caption. See Docket # 6 and Docket # 7.

1

1 | Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 | magistrate judge filed October 6, 2009, is affirmed.

Dated:  April 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE