IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

    Plaintiff,                    No. CIV S-09-1760 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                ORDER

_____/

        On April 29, 2010, the district judge reaffirmed the undersigned's October 6, 2009, order which dismissed plaintiff's complaint with leave to amend. Therefore, plaintiff is directed to file an amended complaint within twenty-eight days of the filed date of this order. Failure to file an amended complaint will result in a recommendation that the action be dismissed.

DATED: May 27, 2010

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
lope1760.ord

1