IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

      Plaintiff,                      No. CIV S-09-1760 MCE GGH P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.               <u>ORDER</u>

          /

         By order filed on July 2, 2010, plaintiff was granted an extension of time of twenty-eight days to file an amended complaint. On July 9, 2010, in a note directed to the court clerk, plaintiff enclosed the form the clerk's office had apparently sent to him, returning his amended complaint because plaintiff had failed to provide a case number. In the note, plaintiff indicates that, on July 1, 2010, he separately returned the amended complaint to the court, after he had applied the case number to it. However, although plaintiff's apparently subsequently mailed note with the clerk's notice has been filed, there is no indication in the docket of the return of the amended complaint. Plaintiff is cautioned that he has only until July 30, 2010, to file an amended complaint. As plaintiff was previously informed, there will be no further extension of time.

\\\\\

1


1    IT IS SO ORDERED.

2   DATED: July 19, 2010                    /s/ Gregory G. Hollows

3                                           UNITED STATES MAGISTRATE JUDGE
    GGH:009
4   lope1760.ord