IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,  No. 2:09-cv-01760-MCE-GGH-P

    Plaintiff,

  v.  ORDER

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 4, 2010, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

///

///

///

1

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed October 4, 2010, are adopted in full; and

      2.  This action proceeds on the amended complaint only as to those defendants named in the separately filed screening order and defendants Schwarzenegger, Woodford, Adams, Lopez, Yamat, Anderson, Keener, Brooks, Rosenthal are dismissed from this action, and defendant Cate is dismissed in his individual capacity.

Dated:  October 28, 2010

*[signature]*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE