IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

        Plaintiff,                        No. CIV S-09-1760 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 15, 2010, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests, filed on June 7, 2010 and July 29, 2010, were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's November 15, 2010 request (Docket No. 28) is denied.

DATED: December 7, 2010

                            /s/ Gregory G. Hollows

                            GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE

GGH:md
lope1760.31.thr