IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

    Plaintiff,    No. CIV S-09-1760 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.    <u>ORDER</u>

_____/

        By order, filed on March 4, 2011, plaintiff was directed to provide additional information for two of fifteen defendants, Scott Kisser and Reuben Roman, within 60 days because process directed to those two defendants had been returned unserved. Plaintiff was told, inter alia, that if access to the requisite information was denied or unreasonably delayed, he could seek judicial intervention. Plaintiff subsequently filed, on April 13, 2011, a "request for two signed subpoenas and for an order compelling relinquishment of the contact information" for these two defendants, which the court will construe as a request for judicial intervention.

        Defendants' counsel shall query the Department of Corrections and Rehabilitation to ascertain the whereabouts of defendants Scott Kisser and Reuben Roman. If defendants Kisser and Roman are still employed with the Department of Corrections or Rehabilitation or any other California state agency, counsel shall provide the business address to plaintiff. If counsel is otherwise informed of the business address of defendants Kisser and Roman, counsel shall

provide the address to plaintiff.  In the event that counsel, after conducting a good faith inquiry, cannot ascertain the business address of these defendants, counsel shall so inform the court.

Defendants' counsel shall file and serve the appropriate response within twenty-one days of the file date of this order.

Plaintiff has separately requested an extension of time to submit service documents for defendants Scott Kisser and Reuben Roman, which will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's April 13, 2011 (docket # 61), motion for subpoenas and an order compelling contact information with regard to defendants Kisser and Roman, construed as a motion for judicial intervention, is granted to the extent set forth above;

2.  Plaintiff's April 23, 2011 (docket # 65),  motion for an extension of time in which to submit service documents for defendants Scott Kisser and Reuben Roman is granted, and plaintiff has an additional twenty-one days, following defendants' counsel's response to this order, to return the requisite service documents, should counsel be able to provide the business addresses.

DATED: May 2, 2011

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/md
lope1760.8esup+