IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

    Plaintiff,                                  No. CIV S-09-1760 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On March 21, 2011, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on June 7, 2010, July 29, 2010, and November 15, 2010. All requests were denied and in light of those orders, this request will also be denied. Plaintiff additionally asks for sanctions to be imposed on defendants' counsel with regard to alleged misstatements and for filing frivolous motions, by which he apparently means, the pending motions to dismiss, which request will also be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 21, 2011, request for appointment of counsel and for sanctions (Docket No. 52) is denied.

DATED: May 4, 2011                              /s/ Gregory G. Hollows

                                                          UNITED STATES MAGISTRATE JUDGE

GGH:009/kly
lope1760.31thr