**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
CATE, WILLIAMS, PARK, GARCIA,
BERNA, CRONJEAGER, GOMEZ,
FLOREZ, McCLURE, BUECHNER, BURT,
FISCHER, RUFF, ROMAN, and KISSEL

FILED
JAN 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | CASE NO: 2:09-cv-01760 MCE GGH P<br><br>[PROPOSED] ORDER |

## ORDER

The defendants CATE, WILLIAMS, PARK, GARCIA, BERNA, CRONJEAGER, GOMEZ, FLOREZ, McCLURE, BUECHNER, BURT, FISCHER, RUFF, ROMAN, and KISSEL seek an order from the Court that the plaintiff ANDREW LOPEZ submit to deposition currently noticed for January 27, 2012. The plaintiff has filed notice that he will not be attending this deposition because it is scheduled after the close of discovery. (Docket No. 128) However, in its order of January 9, 2012, the court vacated the discovery deadline and stated that the parties may conduct discovery until March 13, 2012. (Docket No. 124)

1  Therefore, having read the defendants' request, and good cause appearing,

2  IT IS HEREBY ORDERED THAT:

3  1.  Defendants' request is GRANTED.

4  2.  The plaintiff shall attend his deposition currently noticed for
5  January 27, 2012.

7  Dated:

**GREGORY G. HOLLOWS**
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

Case Name: *Lopez v. Schwarzenegger*
Case Number: 2:09-cv-01760 MCE GGH P
Court: USDC Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on January 25, 2012, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**[PROPOSED] ORDER**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
Andrew Rick Lopez
D-86271 FSA-A-101
California State Prison Corcoran
P.O. Box 3481
Corcoran, CA 93212

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED: January 25, 2012

/s/ Kristin M. Parks
KRISTIN PARKS