1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANDREW RICK LOPEZ,                    No. 2:09-cv-01760 MCE GGH P

12            Plaintiff,

13      vs.                               ORDER

14  ARNOLD SCHWARZENEGGER, et al.,

15            Defendants.

16  _____/

17      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18  under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19  28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20      On January 10, 2012, the magistrate judge filed findings and recommendations herein

21  which were served on all parties and which contained notice to all parties that any objections to

22  the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed

23  objections to the findings and recommendations.

24  ///

25  ///

26  ///

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

2  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

3  Court finds the findings and recommendations to be supported by the record and by proper

4  analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed January 10, 2012 (ECF No. 124), are

7  ADOPTED in full;

8    2.  The July 25, 2011 motion to dismiss (ECF No. 76) is GRANTED and;

9    a) plaintiff's claim against defendant Roman is dismissed as barred by the statute

10  of limitations and defendant Roman is dismissed with prejudice from this action;

11    b) claims two, three, six and seven are dismissed as to defendant Kissel.

12    3.  With respect to claims two and six, three and seven, these claims are DISMISSED

13  with prejudice as to all defendants.

14    4.  This matter proceeds as to the remaining fourteen defendants on claims one, four and

15  five only.

16   Dated:  February 29, 2012

17

18    MORRISON C. ENGLAND, JR.

19    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26