ROBERT NAVARRO
Attorney at Law
State Bar No. 128461
1295 North Wishon Avenue
Suite 3
Fresno, California 93728
TEL: 559.497.5341   FAX: 559.497.5471
robrojo@att.net

Attorney for Andrew Rick Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | No. 2:09-cv-01760 MCE GGH P<br><br>**STIPULATION AND PROPOSED ORDER TO HOLD TELEPHONIC DISCOVERY CONFERENCE TO RESOLVE DISCOVERY DISPUTE** |

　　　Plaintiff, through his counsel, Robert Navarro, and each of the defendants through their counsel, Matthew Ross Wilson, hereby stipulate to submit disputed discovery issues at a telephonic discovery conference to be held Tuesday, October 9, at 2:00 p.m.

The parties have engaged in several meet and confer sessions as well as continued discussion regarding plaintiffs' reformulated requests for production and interrogatories. The parties have agreed they are unable to resolve certain issues. The disputes center on (1) certain of defendants' objections to production of documents and (2) defendants' objection that plaintiff's interrogatories violate the 25 interrogatory per party limit. The parties stipulate to submitting resolution of these issues to the Magistrate Judge, and request that the court grant the holding of the proposed telephonic discovery conference.

Dated: October 5, 2012

/s/Robert Navarro
ROBERT NAVARRO
Attorney for Plaintiff

Dated: October 5, 2012

/s/Matthew Ross Wilson
MATTHEW ROSS WILSON
Attorney for Defendants

## ORDER

Based on the foregoing and good cause appearing, the parties' request for a telephonic discovery conference to be held Tuesday, October 9, 2012, at 2 p.m., is hereby granted.

Dated:   October 5, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

lope1760.stp

Stipulation & Proposed Order to Hold Telephonic Discovery Conference;
*Lopez v. Schwarzenegger*, 2:09-cv-01760 MCE GGH P                                            2