IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

        Plaintiff,                    No. CIV S-09-1760 MCE GGH P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner represented by counsel, seeks relief pursuant to 42 U.S.C. § 1983. The parties sought and stipulated to a telephonic discovery conference before the undersigned on October 5, 2012. Following the conference, the court makes the following ORDERS:

        1. Plaintiff's request to exceed the 25-interrogatory limit of Fed. R. Civ. P. 33(a) is granted and plaintiff may propound an additional ten interrogatories, for a total of 35 per defendant, by no later than October 25, 2012, after which defendants must serve their responses within thirty days;

\\\\\
\\\\\
\\\\\

1

2. Any subpart to an interrogatory "must be subsumed within" or "necessarily related to" the "primary question"[1]; otherwise, the subpart is a discrete and separate interrogatory;

3. With respect to plaintiff's requests for production to which defendants object, the parties are to file a joint statement by no later than October 20, 2012, <u>see</u> L.R. 251(c);

4. The October 15, 2012 discovery deadline is vacated and a hearing on the discovery dispute is set for October 25, 2012, at 10 a.m., before the undersigned.

DATED: October 10, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
lope1760.ord

---

[1] <u>Safeco of America v. Rawstron</u>, 181 F.R.D. 441, 444 (C.D. Cal. 1998).