IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>               Plaintiff,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>               Defendants. | No. 2:09-cv-01760 MCE GGH P<br><br>[PROPOSED] **ORDER GRANTING REQUEST TO CONTINUE DISPOSITIVE MOTION FILING DATE** |

The parties have filed a stipulation requesting an extension of the filing deadline for dispositive motions from January 30, 2013, to April 30, 2013. Good Cause having been presented to the Court, IT IS HEREBY ORDERED that:

The deadline for the filing of dispositive motions is extended 90 days to April 30, 2013.

IT IS SO ORDERED.

Dated:   October 31, 2012

                        /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE

lope1760.stip

**ORDER**; *Lopez v. Schwarzenegger*, 2:09-cv-01760 MCE GGH P      1