IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | CASE NO: 2:09-cv-01760 MCE-AC<br><br>**ORDER ON DEFENDANTS' EX PARTE REQUEST THAT STAFF COUNSEL FOR CDCR BE PERMITTED TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**<br><br>(Doc.176) |

　　A settlement conference in this matter is set for June 12, 2013, at 1:30 p.m. at the California State Prison, Corcoran. The defendants filed a request that staff counsel for the California Department of Corrections and Rehabilitation (CDCR) be permitted to attend the settlement conference by telephone.  Defendants explain that defense counsel will be physically present at the settlement conference, but ask that CDCR staff counsel appear telephonically due to CDCR's severe financial constraints and limited travel expenditures.

　　Good cause appearing, Defendants' request that CDCR staff counsel be permitted to appear telephonically at the June 12, 2013, settlement conference is GRANTED.

　　IT IS SO ORDERED.

Dated:  **June 7, 2013**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE