ROBERT NAVARRO
Attorney at Law
State Bar No. 128461
1295 North Wishon Avenue, Suite 3
Fresno, California 93728
TEL: 559.240.2354   FAX: 559.497.5471
robrojo@att.net

Attorney for Andrew Rick Lopez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　Defendants. | No. 2:09-cv-01760 MCE AC<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION TO VACATE DISPOSITIVE MOTIONS DEADLINE PENDING FINAL SETTLEMENT DISCUSSIONS |

The current deadline for the parties to file dispositive motions is July 1, 2013. (Docket No. 173.) The parties attended a settlement conference on June 12, 2013, and are engaged in continuing settlement discussions with a second settlement conference to be held in July 2013. The parties have stipulated to and requested that the dispositive motions deadline be taken off calendar pending the outcome of the ongoing attempt to settle this case. Good cause appearing, the parties' request to vacate the dispositive motions deadline of July 1, 2013, is hereby granted.

IT IS SO ORDERED.

DATED: June 14, 2013

　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE