**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
BEARD, WILLIAMS, PARK, GARCIA,
BERNA, CRONJAGER, GOMEZ,
FLOREZ, McCLURE, BUECHNER, BURT,
FISCHER, RUFF, and KISSEL

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW LOPEZ, | CASE NO: 2:09-cv-01760 MCE-AC |
| Plaintiff, | **ORDER ON DEFENDANTS' EX PARTE REQUEST THAT STAFF COUNSEL FOR CDCR BE PERMITTED TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | **(Doc. 182)** |

A second settlement conference in this matter is set for July 26, 2013, at 1:00 p.m. at the California State Prison, Corcoran. The defendants filed a request that staff counsel for the California Department of Corrections and Rehabilitation (CDCR) be permitted to attend the settlement conference by telephone. Defendants explain that defense counsel will be physically present at the settlement conference, but ask that CDCR staff counsel appear telephonically due to CDCR's severe financial constraints and limited travel expenditures.

///

///

1  Good cause appearing, defendants' request that CDCR staff counsel be
2 permitted to appear telephonically at the July 26, 2013, settlement conference is
3 GRANTED.

5 IT IS SO ORDERED.

6 Dated: **July 9, 2013**                               /s/ **Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE