**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW LOPEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | CASE NO: 2:09-cv-01760 MCE-AC<br><br>ORDER REGARDING  STIPULATED REQUEST TO RESCHEDULE SETTLEMENT CONFERENCE<br><br>(Doc. 184) |

A further settlement conference is currently set in this case for July 26, 2013. (Docket No. 181) The parties have stipulated to and request that the settlement conference be rescheduled to late August 2013 and that the deadline for submitting confidential settlement conference statements be reset for eight days prior to the new date for the further settlement conference.

Having reviewed the moving papers, and good cause appearing, the parties' request is hereby granted. The further settlement conference is reset for **August 23, 2013 at 1:30 p.m.**. Confidential settlement conference statements are to be submitted by the parties eight days prior to this date to JLTOrders@caed.uscourts.gov. Lastly, staff counsel from the CDCR may participate telephonically at the settlement conference.

IT IS SO ORDERED.

Dated:　**July 19, 2013**　　　　　　　　　　　　　　　　　/s/ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE