1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Matthew Ross Wilson, CSB #236309
5
   Attorneys for defendants
6

7                **IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA**
8
   ANDREW LOPEZ,                        )   CASE NO: 2:09-cv-01760 MCE-AC
9                                       )
                    Plaintiff,          )
10                                      )   ORDER REGARDING  STIPULATED
                                        )   REQUEST TO RESCHEDULE
   vs.                                  )   SETTLEMENT CONFERENCE
11                                      )
   ARNOLD SCHWARZENEGGER, et al.,       )   (Doc. 184)
12                                      )
                    Defendants.         )
13 _____     )

14         A further settlement conference is currently set in this case for July 26, 2013.

15  (Docket No. 181) The parties have stipulated to and request that the settlement

16  conference be rescheduled to late August 2013 and that the deadline for submitting

17  confidential settlement conference statements be reset for eight days prior to the new

18  date for the further settlement conference.

19         Having reviewed the moving papers, and good cause appearing, the parties'

20  request is hereby granted. The further settlement conference is reset for **August 23,**

21  **2013 at 1:30 p.m.**. Confidential settlement conference statements are to be submitted

22  by the parties eight days prior to this date to JLTOrders@caed.uscourts.gov. Lastly,

23  staff counsel from the CDCR may participate telephonically at the settlement

24  conference.

25  IT IS SO ORDERED.

26  Dated:   **July 19, 2013**                          /s/ **Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
27

28