UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No.  2:09-cv-1760 MCE AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with counsel pursuant to 42 U.S. § 1983.  By order filed on June 14, 2013 (ECF No. 180), the July 1, 2013 dispositive motion deadline in this case was vacated pursuant to the parties' stipulation and request, pending the outcome of ongoing efforts to settle this case.  The record of this case indicates, however, that multiple subsequent efforts to reach a settlement have been unsuccessful.  As it appears that no further effort to reach a settlement will be pursued at this time, the court hereby re-sets the deadline for the filing of dispositive motions in this case.

Accordingly, IT IS ORDERED that the dispositive motion deadline is hereby re-set for January 22, 2014; any such motion shall be briefed pursuant to Local Rule 230.  In light of the

////

////

////

age of this case, the court will not look with favor upon further requests for an extension of time.

DATED: October 28, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009/lope1760.ord4

2