UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ, | No. 2:09-cv-1760 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, et al, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with counsel under 42 U.S.C. § 1983. By Order filed on January 9, 2014, the then-pending dispositive motion deadline was vacated pending resolution of the motion to consolidate the instant action with Lopez v. Cook, et al., No. 2:03-cv-1605 KJM DAD P. ECF No. 198. The motion to consolidate was denied. ECF No. 202.

Accordingly, IT IS ORDERED that:

1. The dispositive motion deadline is hereby re-set for November 6, 2014; any such motion shall be briefed pursuant to Local Rule 230; and

2. Given the age of this case, any requests for extension of time will be disfavored.

DATED: September 26, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE