# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LOPEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. 2:09-cv-01760 MCE AC P<br><br>**STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |

The current deadline for the parties to file dispositive motions in this case is January 15, 2015. The parties hereby respectfully request a short extension of that deadline to January 29, 2015. This request is based on the fact that counsel for the defense is currently preparing a motion for summary judgment on behalf of the 14 defendants in this case. However, three of the defendants have retired. This has made it very difficult to promptly communicate with them and exchange documents so as to prepare their declarations in support of the motion. For these reasons, the parties have stipulated to and request a short extension of the dispositive motion deadline to January 29, 2015. No trial date has been set in this case.

Dated: January 13, 2015

|   |   |
|---|---|
| | By: /s/ "Robert Navarro" (signed with permission) |
| | ROBERT NAVARRO |
| | Attorney for plaintiff LOPEZ |

Dated: January 13, 2015        WILLIAMS & ASSOCIATES

By:      /s/ Matthew Ross Wilson
MATTHEW ROSS WILSON, CSB #236309
Attorneys for defendants BEARD, WILLIAMS, PARK, GARCIA, BERNA, CRONJEAGER, GOMEZ, FLOREZ, McCLURE, BUECHNER, BURT, FISCHER, RUFF and KISSEL

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the request is granted and any dispositive motions are to be filed on or before January 29, 2015.

IT IS SO ORDERED.

DATED: January 13, 2014

_____
UNITED STATES MAGISTRATE JUDGE