UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. 2:09-cv-01760 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant. | |

The Court has received the Request to Seal Documents filed by plaintiff's attorney pursuant to Local Rule 141. ECF No. 214. Defendants have filed a statement of non-opposition. ECF No. 220. The court has reviewed the documents captioned "Exhibit A" and "Exhibit B," submitted in camera with plaintiff's request. For good cause shown, and subject to the parties' existing Stipulated Protective Order, plaintiff's request is GRANTED, and the subject exhibits are ordered sealed. These exhibits shall be filed and maintained under seal pending further order of this Court or the order of any higher Court having jurisdiction over the matter.

In addition, for good cause shown, plaintiff's motion for leave to file an oversized brief, ECF No. 219 (oversized by sixteen pages), is GRANTED. Plaintiff's motion filed January 29, 2015, ECF No. 212, is deemed properly filed.

DATED: February 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE