UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al,<br><br>  Defendants. | No.  2:09-cv-1760 MCE AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with counsel in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On February 12, 2015, the parties filed a joint request to extend the time for filing their respective oppositions and replies to their pending cross-motions for summary judgment filed January 29, 2015, and to reset the hearing date on these matters.  The request is premised on the current responsibilities of plaintiff's counsel to attend to a serious family health matter.

For good cause shown, the parties stipulated request for extension of time, ECF No. 222, is granted.  IT IS HEREBY ORDERED that the parties' respective oppositions to the motions for summary judgment (presently due March 2, 2015), be continued to April 1, 2015; and the parties' respective reply briefs (presently due March 9, 2015), be continued to April 8, 2015.  The hearing

////

////

on these matters (presently scheduled for March 11, 2015), is continued to April 15, 2015, at 10:00 a.m., in Courtroom No. 26.

DATED: February 17, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE