UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDREW RICK LOPEZ, | No. 2:09-cv-1760 MCE AC P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation filed March 9, 2015, ECF No. 224, and for good cause appearing, IT IS HEREBY ORDERED that the remaining briefing on the cross-motions for summary judgment currently pending before this court is stayed, and the hearing on those motions, currently scheduled for April 15, 2015, is vacated, until final resolution of Lopez v. Cook, 2:03-cv-01605 KJM DAD P, and further notice of this court.  The pending motions in the instant action, ECF No. 208, 211, and 212, are each dismissed without prejudice to their renewal upon proper notice by each of the respective moving parties.  Within thirty days after final resolution of Lopez v. Cook, 2:03-cv-01605 KJM DAD P, the parties shall file a joint statement informing the court that they are ready to proceed in the instant action.

DATED: March 16, 2015

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE