UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No.  2:09-cv-1760 MCE AC P<br><br><br>ORDER |

Pursuant to the parties' stipulation filed February 22, 2016, see ECF No. 226, and good cause appearing, IT IS HEREBY ORDERED that the parties shall have until March 28, 2016, to file a joint statement in accordance with this Court's order filed March 17, 2015, see ECF No. 225.

IT IS SO ORDERED.

DATED: February 23, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE