UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:09-cv-1760 MCE AC P<br><br><br><br>ORDER |

The parties filed a joint statement on May 6, 2016, informing the court that they are ready to proceed in this case. See ECF No. 230. Pursuant to the parties' agreed-upon dates, IT IS HEREBY ORDERED that:

1. The parties' previously-filed motions for summary judgment, see ECF Nos. 208, 211 and 212, shall remain non-operative pursuant to the court's prior order dismissing each motion without prejudice, see ECF No. 225.

2. Plaintiff shall file his motion for summary judgment on or before July 29, 2016.

3. Defendants shall file their combined opposition and cross-motion for summary judgment on or before August 26, 2016.

4. Plaintiff shall file his combined reply and opposition to defendants' cross-motion for summary judgment on or before September 16, 2016.

5. Defendants shall file their reply in support of their cross-motion for summary judgment

1 on or before September 23, 2016.

2     6.  The court will further schedule this case, if necessary, following resolution of the

3 parties' motions for summary judgment.

4     SO ORDERED.

5 DATED: May 11, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE