1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW R. LOPEZ,                              No.  2:09-cv-01760 MCE AC P

12                  Plaintiff,

13         v.                                       [PROPOSED] ORDER

14    ARNOLD SCHWARZENEGGER, et al.,                TO CONTINUE BRIEFING SCHEDULE

15                  Defendants.

16

17         Based on the parties' amended stipulation filed July 26, 2016 (ECF No. 259), and good

18    cause appearing, IT IS HEREBY ORDERED that:

19         Plaintiff shall file his motion for summary judgment on or before Monday, August 29,

20    2016.  Defendants shall file their combined opposition and cross-motion for summary judgment

21    on or before Monday, September 26, 2016.  Plaintiff shall file his combined reply and opposition

22    to defendants' cross-motion for summary judgment on or before Monday, October 17, 2016.

23    Defendants shall file their reply in support of their cross-motion for summary judgment on or

24    before Monday, October 24, 2016.

25         IT IS SO ORDERED.

26    DATED: July 27, 2016

27    _____
      ALLISON CLAIRE

28    UNITED STATES MAGISTRATE JUDGE