UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:09-cv-01760 MCE AC P<br><br><s>PROPOSED</s> ORDER TO CONTINUE BRIEFING SCHEDULE |

   Based on the parties' stipulation, ECF No. 277, and good cause appearing, IT IS HEREBY ORDERED that:

   Plaintiff shall file his motion for summary judgment on or before Monday, September 12, 2016.  Defendants shall file their combined opposition and cross-motion for summary judgment on or before Monday, October 10, 2016.  Plaintiff shall file his combined reply and opposition to defendants' cross-motion for summary judgment on or before Monday, October 31, 2016. Defendants shall file their reply in support of their cross-motion for summary judgment on or before Monday, November 7, 2016.

DATED: August 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE