UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>Defendants. | No. 2:09-cv-01760 MCE AC P<br><br>ORDER and<br><br>[PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE |

　　　　Based on the parties' stipulation filed September 12, 2016, ECF No. 281, and good cause appearing, IT IS HEREBY ORDERED that:

　　　　Plaintiff's motion for summary judgment shall be due on September 19, 2016. Defendants combined opposition and cross-motion for summary judgment shall be due on November 7, 2016. Plaintiff's combined reply and opposition to defendants' cross-motion for summary judgment shall be filed on November 28, 2016. Defendants' reply in support of their cross-motion for summary judgment shall be due on December 5, 2016.

　　　　In addition, plaintiff's motion for leave to file an oversized opening brief, ECF No. 282, is GRANTED, subject to the limitations set forth in the motion.

DATED: September 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE