IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>            Plaintiff,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>            Defendants. | Case No. 2:09-cv-01760 MCE AC P<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE BRIEFING SCHEDULE** |

   Based on the parties' stipulation, ECF No. 289, and good cause appearing, IT IS HEREBY ORDERED that:

   The defendants' combined opposition to plaintiff's motion for summary judgment and cross-motion for summary judgment shall be due on December 5, 2016.  The plaintiff's combined reply and opposition to the defendants' cross-motion for summary judgment shall be due on January 9, 2017. And the defendants' reply in support of their cross-motion for summary judgment shall be due on January 23, 2017.

   DATED: November 7, 2016

   _____
   ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE