UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. 2:09-cv-1760 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that defendants' request for leave to file an oversized brief in support of their combined motion for summary judgment and opposition to plaintiff's cross-motion for summary judgment, <u>see</u> ECF No. 291, is GRANTED, subject to the limitations set forth in the motion.

DATED: November 28, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE