IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,** | Case No. 2:09-cv-01760 MCE AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants have filed a Notice of Request to File Documents Under Seal, in support of their combined motion for summary judgment and opposition to plaintiff's cross-motion for summary judgment. See ECF No. 296. Defendants request an order of this court sealing four confidential memoranda from plaintiff's central file that are relevant to the issues in this case. These memoranda are dated, respectively, July 22, 1997, December 2, 1998, December 28, 1999, and June 8, 2006.

This court has reviewed *in camera* the four confidential memoranda as well as defendants' confidential Request to Seal Documents, supporting memoranda and lodged legal authorities. The court finds good cause to seal these documents.

1    The court notes that the confidential memoranda have already been produced to plaintiff's counsel and are subject to an existing protective order that bars plaintiff from personally viewing them.  See ECF No. 164 at 3, ¶ 4.  Because these documents are already governed by the parties' protective order, the court finds it appropriate to limit access to the sealed documents to the court only.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' request to seal the above-identified confidential memoranda is GRANTED;

2. The Clerk of Court is directed to file under seal the above-identified documents, and designate on the docket "SEALING EVENT:  Confidential Memoranda (for Court Use Only)."

3. These documents, which were electronically submitted to the court, shall remain filed under seal during the pendency of this litigation and thereafter, *ad infinitum,* absent further order of this court.  See Local Rule 141(f).

DATED: December 12, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE