IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,** | Case No. 2:09-cv-01760 MCE AC P |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER TO CONTINUE BRIEFING SCHEDULE** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Based on the parties' stipulation, see ECF No. 306, and good cause appearing, IT IS HEREBY ORDERED that the defendants' reply in support of their cross-motion for summary judgment shall be due on February 13, 2017.

DATED: February 6, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1