UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | No.  2:09-cv-1760 MCE AC P<br><br><br>ORDER |

　　　　On February 13, 2017, the parties completed extensive briefing on their respective motions for summary judgment.  IT IS HEREBY ORDERED that, within thirty days after the filing date of his order, each counsel shall submit to the court courtesy copies of their respective briefs and supporting exhibits (excluding any matter that is sealed); such copies shall reflect the file-endorsed docket numbers and electronic pagination of each filing.  The courtesy copies shall be directed to the chambers of the undersigned United States Magistrate Judge.

　　　　Additionally, counsel shall, within thirty days after the filing date of this order, confer and file a joint statement that informs the court of all "black out" dates through September 1, 2017, when either counsel is unavailable to participate in a Wednesday morning hearing before this court.

////

////

Following the court's review of the parties' briefing and dates, the court will set oral argument on these matters.

IT IS SO ORDERED.

DATED: February 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE