UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ, | No. 2:09-cv-1760 MCE AC P |
| Plaintiff, | |
| v. | <u>AMENDED ORDER</u>[1] |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On February 13, 2017, the parties completed extensive briefing on their respective motions for summary judgment.  IT IS HEREBY ORDERED that, within thirty days after the filing date of this order, each counsel shall submit to the court courtesy copies of their respective briefs and supporting exhibits (excluding any matter that is sealed); such copies shall reflect the file-endorsed docket numbers and electronic pagination of each filing.  The courtesy copies shall be directed to the chambers of the undersigned United States Magistrate Judge.

Additionally, counsel shall, within thirty days after the filing date of this order, confer and file a joint statement that informs the court of all "black out" dates through September 1, 2017,

////

---

[1] This amended order is identical to the original order (ECF No. 309) except that the following typographical error has been corrected: in the third line of the order the prior reference to "his" has been changed to "this," thus requiring the parties' compliance "within thirty days after the filing date of *this* order."

Case 2:09-cv-01760-MCE-AC   Document 310   Filed 02/15/17   Page 2 of 2

1 when either counsel is unavailable to participate in a Wednesday morning hearing before this
2 court.
3    Following the court's review of the parties' briefing and dates, the court will set oral
4 argument on these matters.
5    IT IS SO ORDERED.
6 DATED: February 15, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2