UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ, | No. 2:09-cv-1760 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that a hearing on the parties' cross-motions for summary judgment shall be held before the undersigned United States Magistrate Judge on Wednesday, May 31, 2017, at 10:00 a.m. in Courtroom 26.

DATED: March 20, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE