1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW RICK LOPEZ,                          No.  2:09-cv-1760 MCE AC P

12                   Plaintiff,

13          v.                                   ORDER

14   ARNOLD SCHWARZENEGGER, et al.,

15                   Defendants.

16

17          Review of the docket in this case indicates that a request by plaintiff to file matters under

18   seal remains outstanding.  It appears that plaintiff's request was initially made on January 29,

19   2015 (ECF No. 214), in response to which defendants filed a statement of non-opposition (ECF

20   No. 220).  It appears that plaintiff renewed the same request on September 16, 2016, in tandem

21   with his motion for summary judgment (ECF No. 284).  It also appears that plaintiff has

22   mistakenly directed all related matters to the chambers of district judge in this case.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Plaintiff's counsel shall, within 10 days after the filing date of this order, email to the

25   undersigned's courtroom deputy (Valerie Callen, at vcallen@caed.uscourts.gov) the following:

26   (1) a PDF copy of the proposed confidential materials and, (2) a proposed order granting the

27   sealing request prepared for the undersigned's signature.

28   ////

1         2. In the absence of any statement to the contrary filed and served within 10 days after the

2    filing date of this order, the court will abide by defendants' prior statement of non-opposition to

3    the sealing of plaintiff's proposed confidential materials.

4         3. If the parties are aware of any other outstanding matters in this case, other than the

5    pending motions for summary judgment, they shall, within 10 days after the filing date of this

6    order, file and serve a statement so informing the court.

7    DATED: March 30, 2017

8                                             ALLISON CLAIRE

9                                             UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28