UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RICK LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:09-cv-1760 MCE AC P<br><br><br><br>ORDER |

This court has reviewed plaintiff's Request to Seal Documents, filed in conjunction with the parties' pending cross-motions for summary judgment. See ECF Nos. 214, 313. Plaintiff seeks an order of this court directing the sealing of two submitted exhibits: Exhibit A, which contains gang validation information, is subject to the parties' protective order because determined to be confidential by the California Department of Corrections and Rehabilitation; Exhibit B is the declaration of plaintiff's expert concerning the contents of Exhibit A. Both exhibits are already in the possession of defendants' counsel. Plaintiff's counsel avers that the exhibits, which are not available to plaintiff, should not be made available to the public in an open filing. Defendants' counsel has filed a statement of non-opposition to plaintiff's sealing request. See ECF No. 220.

The court has reviewed the subject exhibits *in camera* and finds good cause to grant

////

plaintiff's request to file these matters under seal.  Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's request to seal the subject documents designated Exhibit A and Exhibit B, ECF No. 214, is granted.

2. The Clerk of Court is directed to file under seal the above-identified exhibits and to designate on the docket "SEALING EVENT:  Confidential Memoranda (for Court Use Only)."

3. These documents, which were electronically submitted to the court, shall be filed and maintained under seal during the pendency of this litigation and thereafter, *ad infinitum*, absent further order of this court or any higher court having jurisdiction over this case.  See Local Rule 141(f).

IT IS SO ORDERED.

DATED: April 14, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE