| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California |
| 2 | JON S. ALLIN, State Bar No. 155069<br>Supervising Deputy Attorney General |
| 3 | MATTHEW ROSS WILSON, State Bar No. 236309<br>Deputy Attorney General |
| 4 |   1300 I Street, Suite 125<br>  P.O. Box 944255 |
| 5 |   Sacramento, CA 94244-2550<br>  Telephone: (916) 322-6372 |
| 6 |   Fax: (916) 324-5205<br>  E-mail: Matthew.Wilson@doj.ca.gov |
| 7 | *Attorneys for Defendants*<br>*McClure, Kissel, Burt, Williams, Buechner, Park,* |
| 8 | *Ruff, Berna, Fischer, Flores, Cronjager, Garcia,*<br>*Kernan, and Gomez* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>                  Plaintiff,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                  Defendants. | 2:09-cv-01760 MCE AC (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

    Plaintiff Andrew R. Lopez and Defendants McClure, Kissel, Burt, Williams, Buechner, Park, Ruff, Berna, Fischer, Flores, Cronjager, Garcia, Kernan, and Gomez have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

/ / /

1

Stip. Voluntary Dismissal [Fed. R. Civ. P. 41(a)(1)(A)(ii)] (2:09-cv-01760 MCE AC (PC))

Each party shall bear its own litigation costs and attorney's fees.

It is so stipulated.

Dated: _____    Respectfully submitted,

*/s/ Robert Navarro*_____

Robert Navarro
*Attorney for Plaintiff Andrew R. Lopez*

Dated: _____    XAVIER BECERRA
Attorney General of California
JON S. ALLIN
Supervising Deputy Attorney General

*/s/ Matthew Ross Wilson*_____

MATTHEW ROSS WILSON
Deputy Attorney General
*Attorneys for Defendants McClure, Kissel, Burt, Williams, Buechner, Park, Ruff, Berna, Fischer, Flores, Cronjager, Garcia, Kernan, and Gomez*

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

Stip. Voluntary Dismissal [Fed. R. Civ. P. 41(a)(1)(A)(ii)]  (2:09-cv-01760 MCE AC (PC))